

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Khalil Shahin

Petitioner

V.

See Attachment

Respondent.

Civil Action No. 25-cv-02496-AGS-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the December 4 and December 23, 2025 hearings, Khalil Shahin's petition for a writ of habeas corpus is DENIED without prejudice.  The case is hereby closed.

Date:     2/4/26

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Fujita

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No**. 25-cv-02496-AGS-KSC

Respondents:
Kristi Noem
Secretary, U.S. Department of Homeland Security
Todd Lyons
Acting Director, U.S. Immigration and Customs Enforcement
Patrick Divver
Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement
Christopher LaRose
Senior Warden, Otay Mesa Detention Center
Sirce Owen
Acting Director of the Executive Office for Immigration Review (EOIR), U.S. Department of Justice
Pamela Bondi
Attorney General, U.S. Department of Justice